UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-2391 PA (PLAx) | Date | August 31, 2016 |
|---|---|---|---|
| Title | Stephanie Henderson v. Reliance Standard Life Ins. Co., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS - ORDER TO SHOW CAUSE

This is an ERISA action involving a disputed claim for long term disability benefits brought by plaintiff Stephanie Henderson ("Plaintiff") against defendant Reliance Standard Life Insurance Company ("Defendant").

On July 28, 2016, the Court entered an Order requiring the parties to file the Administrative Record by August 29, 2016. (Docket No. 23.) To date, the parties have failed to file the Administrative Record.

The parties are therefore ordered to show cause, in writing, by September 14, 2016, why this action should not be dismissed for a lack of prosecution or Defendant's answer should not be stricken and its default entered. Alternatively, this order to show cause will be discharged upon the filing of the Administrative Record. Failure to respond to this order to show cause shall result in the dismissal of this action.

IT IS SO ORDERED.