JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HENDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and TRISTAR SERVICE COMPANY, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 2:16-cv-02391 PA (PLAx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

    Based upon the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-02391 PA (PLAx), is dismissed in its entirety as to all defendants, with prejudice.

    IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: December 1, 2016

_____
Hon. Percy Anderson
Judge, United States District Court

153427.1